B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of New York | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>SOUP KITCHEN INTERNATIONAL, INC. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br><br>THE ORIGINAL SOUPMAN<br>SOUPMAN |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN<br>(If more than one, state all.): | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>1110 South Avenue<br>Staten Island, New York 10314<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Richmond County<br>ZIP CODE<br>10314 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br><br><br><br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.)<br><br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1.  ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>  b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B 5 (Official Form 5) (12/07) – Page 2                                  Name of Debtor  SOUP KITCHEN INTEI

                                                                        Case No._____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x /s/ Ellen Hewbertt, VP, Treas. | x  s/ Wanda Borges                         05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Eggers Consulting Company, Inc        05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing          11272 Elm Street | Address |
| Address of Individual                   | (516) 677-8200 |
| Signing in Representative  Omaha, NE 68144 | Telephone No. |
| Capacity | |
| | |
| x_____ | x  s/ Wanda Borges                         05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Fineline Graphics Incorporated       05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing          8081 Zionsville Rd. | Address |
| Address of Individual                   | (516) 677-8200 |
| Signing in Representative  Indianapolis, IN 46268 | Telephone No. |
| Capacity | |
| | |
| x_____ | x  s/ Wanda Borges                         05/12/2010 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                        Date |
| Liqui-Site Designs, Inc.             05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner                    Date Signed | Name of Attorney Firm (If any) |
| | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing          P.O. Box 777 | Address |
| Address of Individual                   | (516) 677-8200 |
| Signing in Representative  Nyack, NY 10960 | Telephone No. |
| Capacity | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  ~~290,000.24~~ |

_4_ continuation sheets attached

398,654.71

B 5 (Official Form 5) (12/07) – Page 2          Name of Debtor __SOUP KITCHEN INTEI__

Case No. _____

| TRANSFER OF CLAIM | |
|---|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |
| **REQUEST FOR RELIEF** | |
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. | |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Eggers Consulting Company, Inc    05/12/2010<br>Name of Petitioner        Date Signed<br><br>Name & Mailing    11272 Elm Street<br>Address of Individual<br>Signing in Representative    Omaha, NE 68144<br>Capacity | x s/ Wanda Borges      05/12/2010<br>Signature of Attorney        Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x _[signature]_ Pres<br>Signature of Petitioner or Representative (State title)<br>Fineline Graphics Incorporated    05/12/2010<br>Name of Petitioner   Richard Miller    Date Signed<br><br>Name & Mailing    8081 Zionsville Rd.<br>Address of Individual<br>Signing in Representative    Indianapolis, IN 46268<br>Capacity | x s/ Wanda Borges      05/12/2010<br>Signature of Attorney        Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Liqui-Site Designs, Inc.    05/12/2010<br>Name of Petitioner        Date Signed<br><br>Name & Mailing    P.O. Box 777<br>Address of Individual<br>Signing in Representative    Nyack, NY 10960<br>Capacity | x s/ Wanda Borges      05/12/2010<br>Signature of Attorney        Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | ~~300,000.24~~ |

_3_ continuation sheets attached            398,654.71

B 5 (Official Form 5) (12/07) – Page 2                                    Name of Debtor  SOUP KITCHEN INTE!

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Eggers Consulting Company, Inc         05/12/2010<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual        11272 Elm Street<br>Signing in Representative<br>Capacity                     Omaha, NE 68144 | x  s/ Wanda Borges              05/12/2010<br>Signature of Attorney             Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Fineline Graphics Incorporated         05/12/2010<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual        8081 Zionsville Rd.<br>Signing in Representative<br>Capacity                     Indianapolis, IN 46268 | x  s/ Wanda Borges              05/12/2010<br>Signature of Attorney             Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |
| x  [signature], PRESIDENT<br>Signature of Petitioner or Representative (State title)<br>Liqui-Site Designs, Inc.            05/12/2010<br>Name of Petitioner                    Date Signed<br><br>Name & Mailing<br>Address of Individual        P.O. Box 777<br>Signing in Representative<br>Capacity                     Nyack, NY 10960 | x  s/ Wanda Borges              05/12/2010<br>Signature of Attorney             Date<br>Borges & Associates, LLC<br>Name of Attorney Firm (If any)<br>575 Underhill Blvd., Syosset, NY 11791<br>Address<br>(516) 677-8200<br>Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Eggers Consulting Company, Inc | services rendered | 48,591.30 |
| Fineline Graphics Inc. d/b/a Fineline Printing Company | services rendered | 233,699.42 |
| Liqui-Site Designs, Inc. | services rendered | 13,712.52 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  ~~296,003.24~~ |

2 ~~4~~ continuation sheets attached                                 398,654.71

B 5 (Official Form 5) (12/07) – Page 2        Name of Debtor SOUP KITCHEN INTEI

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) ONTARIO CANADA | x s/ Wanda Borges     05/12/2010 |
|---|---|
| Priority Brands, Div Crombie Kennedy   05/12/2010 | Signature of Attorney    Date |
| Name of Petitioner       Date Signed | Borges & Associates, LLC |
| | Name of Attorney Firm (If any) 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 151 Esna Pk Dr. Unit 12 Markham, ON L3r3B1 | Address (516) 677-8200 Telephone No. |

| x_____ | x s/ Wanda Borges     05/12/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Rarrick Business Soluntions, Inc.   05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing Address of Individual Signing in Representative Capacity | 261 Mountainview Ave. Nyack, NY 10960 | Address (516) 677-8200 Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Name of Petitioner       Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | | Address Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Priority Brands, Div Crombie Kennedy Nasmark Inc. | services rendered | 94,873.52 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Rarrick BusinessSolutions Inc dba Bullseye Public Relations | services rendered | 7,777.95 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| | | |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims   398,654.71 |

1  continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2                    Name of Debtor__SOUP KITCHEN INTEI__

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_ s/ Wanda Borges                05/12/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Priority Brands, Div Crombie Kennedy   05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing         151 Esna Pk Dr. Unit 12 | Address |
| Address of Individual | (516) 677-8200 |
| Signing in Representative    Markham, ON L3r3B1 | Telephone No. |
| Capacity |  |

| x_____ | x_ s/ Wanda Borges                05/12/2010 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                Date |
| Rarrick Business Soluntions, Inc.   05/12/2010 | Borges & Associates, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
|  | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing         261 Mountainview Ave. | Address |
| Address of Individual | (516) 677-8200 |
| Signing in Representative    Nyack, NY 10960 | Telephone No. |
| Capacity |  |

| x_[signature]_ Vice President | x_ Wanda Borges_  5/15/10 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney            Date |
| Charles DeBruyn      5-13-10 | Borges & Associates, LLC |
| Name of Petitioner              Date Signed | Name of Attorney Firm (If any) |
| Rarrick Business Solutions, Inc. | 575 Underhill Blvd., Syosset, NY 11791 |
| Name & Mailing      261 Mountainview Ave | Address |
| Address of Individual | (516) 677-8200 |
| Signing in Representative    Nyack, NY 10960 | Telephone No. |
| Capacity |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Priority Brands, Div Crombie Kennedy Nasmark Inc. | services rendered | 94,873.52 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Rarrick BusinessSolutions Inc dba Bullseye Public Relations | services rendered | 7,777.95 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|  |  |  |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 398,654.71 |

____continuation sheets attached